UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                  Case No. 05-80418-DHW
                                                       Chapter 7
DIANE G. BAKER,

    Debtor.
_____

CECIL M. TIPTON, JR., TRUSTEE,

    Plaintiff,
v.                                                     Adv. Proc. No. 05-08022-DHW

DIANE G. BAKER,

    Defendant.

ORDER ON OBJECTION TO EXEMPTION
SUMMARY JUDGMENT IN FAVOR OF DEBTOR ON TURNOVER COUNT
ORDER DENYING SUMMARY JUDGMENT ON
REVOCATION COUNT

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED that the trustee's objection to the debtor's claim of exemptions under *Ala. Code* § 25-5-86(2) is OVERRULED unless the trustee recovers the property under 11 U.S.C. § 548, and summary judgment is hereby entered in favor of Diane G. Baker on the count of the complaint for turnover of the vehicles. It is

FURTHER ORDERED that the trustee's motion for summary judgment on the count of the complaint to revoke the debtor's discharge is DENIED.

Done this 25th day of July, 2006.

                                      /s/ Dwight H. Williams, Jr.
                                      United States Bankruptcy Judge

c: Sandra H. Lewis, Attorney for Debtor/Defendant
   Cecil M. Tipton, Jr., Trustee/Plaintiff